**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES DAVID WILLIAMS, | ) | NO. ED CV 08-1452-FMC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STATE OF CALIFORNIA, DIRECTOR OF CORRECTIONS, JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 6, 2009

/s/ Florence-Marie Cooper
_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE